| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, DAVID C. | U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 09/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

POST OFFICE BOX 928
NATCHEZ, MS 39121

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Bank | Real Estate Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property- Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | A | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | B | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | |
| 12. Penn Mutual | A | Dividend | M | T | | | | | |
| 13. New York Life | A | Dividend | L | T | | | | | |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. - Mutual Funds | | | | | | | | | |
| 21. TS&W Equity Portfolio | A | Dividend | L | T | | | | | |
| 22. Transamerica TS&W | A | Dividend | J | T | | | | | |
| 23. -Municipal Bonds | A | Dividend | L | T | Buy | 1/24/11 | L | | |
| 24. -MS St Univ. EDL Bldg. JAN 04 03.500% 8/3/13 | A | Interest | L | T | | | | | |
| 25. -MS St 5.25%13 Due 11/1/13 | A | Interest | K | T | | | | | |
| 26. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 27. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 28. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | Buy | 04/04/11 | K | | |
| 29. PROPERTY #1: | | | | | | | | | |
| 30. 1/4 int. in ▓▓▓▓ Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 31. PROPERTY #2: | | | | | | | | | |
| 32. 1/20 int. Adams Co., MS 8/86 - $23,000 | A | Distribution | K | R | | | | | |
| 33. PROPERTY #3: | | | | | | | | | |
| 34. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 36. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 37. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 38. PROPERTY #4: | | | | | | | | | |
| 39. Wilkinson County, MS - 10/87 - $60,000 | | None | M | R | | | | | |
| 40. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 41. -Additional int. Wilkinson County, MS - $36,666.66 | | None | K | R | | | | | |
| 42. PROPERTY #5: | | | | | | | | | |
| 43. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 44. PROPERTY #6: | | | | | | | | | |
| 45. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 46. PROPERTY #7: | | | | | | | | | |
| 47. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 48. PROPERTY #8: | | | | | | | | | |
| 49. Commericial Row Woodville, MS - 1984 - $12,000 | | None | J | R | | | | | |
| 50. PROPERTY #9: | | | | | | | | | |
| 51. Partnership int. Bigbee Valley, MS - 1980 - $200,000 | E | Distribution | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PROPERTY #10: | | | | | | | | | |
| 53. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 54. PROPERTY #11: | | | | | | | | | |
| 55. 1/4 int. Wilkinson County, MS - 1984 - $18,000 | | None | K | R | | | | | |
| 56. PROPERTY #12: | | | | | | | | | |
| 57. ▨ Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 58. PROPERTY #13: | | | | | | | | | |
| 59. Noxubee Co., MS - 1983 - $30,000 | B | Distribution | M | R | | | | | |
| 60. PROPERTY #14: | | | | | | | | | |
| 61. ▨ Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 62. PROPERTY #15: | | | | | | | | | |
| 63. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 64. PROPERTY #16: | | | | | | | | | |
| 65. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 66. PROPERTY #17: | | | | | | | | | |
| 67. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 68. -Additional int. Wilkinson County, MS - | C | Distribution | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OG&M #1: | | | | | | | | | |
| 70. Non-producing OG&M in following counties: | | | | | | | | | |
| 71. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 72. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 73. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 74. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 75. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 76. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 77. OG&M #2: | | | | | | | | | |
| 78. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 79. OG&M #3: | | | | | | | | | |
| 80. Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 81. OG&M #4: | | | | | | | | | |
| 82. Producing minerals Wilkinson County, MS - Plains Marketing | D | Royalty | J | W | | | | | |
| 83. OG&M #5: | | | | | | | | | |
| 84. Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |
| 85. OG&M #6: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 87. OG&M #7: | | | | | | | | | |
| 88. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 89. OG&M #8: | | | | | | | | | |
| 90. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 91. OG&M #9: | | | | | | | | | |
| 92. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 93. OG&M #10: | | | | | | | | | |
| 94. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 95. OG&M #11: | | | | | | | | | |
| 96. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 97. OG&M #12: | | | | | | | | | |
| 98. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 99. OG&M #13: | | | | | | | | | |
| 100. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 101. PROPERTY #18: | | | | | | | | | |
| 102. Undivided ▮▮▮ int. in Wilkinson County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. OG&M #14: | | | | | | | | | |
| 104. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 105. PROPERTY #19: | | | | | | | | | |
| 106. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 107. PROPERTY #20: | | | | | | | | | |
| 108. [          ] Wilkinson County, MS - 9/94 - $1,600,00 | E | Rent | P1 | R | | | | | |
| 109. PROPERTY #21: | | | | | | | | | |
| 110. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 111. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 112. U. S. Govt. bonds | | None | K | T | | | | | |
| 113. 50% int. in Geoghegan Properties, Inc. LP | C | Dividend | P1 | T | | | | | |
| 114. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 115. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 116. Interest in Hard Times, Inc. | E | Distribution | K | T | | | | | |
| 117. PROPERTY #22: | | | | | | | | | |
| 118. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | | None | M | R | | | | | |
| 119. -Additional 20% int. Wilkinson County, MS 5/02- $75,000 | F | Royalty | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PROPERTY #23: | | | | | | | | | |
| 121. ▢ Wilkinson County, MS - 11/98 and 3/01 - $300,000 | | None | N | R | | | | | |
| 122. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 123. PROPERTY #24: | | | | | | | | | |
| 124. 1/4 int. in ▢ Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 125. PROPERTY #25: | | | | | | | | | |
| 126. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 127. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 128. PROPERTY #26: | | | | | | | | | |
| 129. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 130. PROPERTY #27: | | | | | | | | | |
| 131. ▢ Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 132. PROPERTY #28: | | | | | | | | | |
| 133. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 134. PROPERTY #29: | | | | | | | | | |
| 135. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 136. PROPERTY #30: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 138.  National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 139.  Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 140.  United MS Bank CD | A | Interest | L | T | | | | | |
| 141.  OG&M #16: | | | | | | | | | |
| 142.  Producing minerals Alex Ventress - Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 143.  PROPERTY #31: | | | | | | | | | |
| 144.  1/3 int. in ▮▮▮▮ Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 145.  Exxon Mobil | B | Dividend | K | T | | | | | |
| 146.  NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 147.  Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 148.  New Investment Acct. Stocks and Funds | | | | | | | | | |
| 149.  Chevron | A | Dividend | K | T | | | | | |
| 150.  Ford Motor Co. | A | Dividend | J | T | | | | | |
| 151.  -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 152.  Microsoft Corp. | A | Dividend | J | T | | | | | |
| 153.  CSX Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Boeing Co. | A | Dividend | J | T | | | | | |
| 155. Honeywell Intl.Inc. | A | Dividend | J | T | Buy | 04/12/11 | J | | |
| 156. Nuveen Flagship Muni. Bond | A | Interest | J | T | | | | | |
| 157. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 158. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 159. Munder Funds Health Care Fund | | None | J | T | Sold | 05/18/12 | J | | |
| 160. Caterpillar Inc. | A | Dividend | J | T | Buy | 05/15/12 | J | | |
| 161. | | | | | Sold | 11/05/12 | J | | |
| 162. Garmin Ltd. | A | Dividend | J | T | Buy | 05/15/12 | J | | |
| 163. PROPERTY #32: | | | | | | | | | |
| 164. Interest in ▨ Woodville, MS - 2010 - $14,600 | A | Rent | J | R | | | | | |
| 165. PROPERTY #33: | | | | | | | | | |
| 166. 1/3 int. ▨ in Phillips County, AK 12/5/07 - $300,000 | | None | N | R | | | | | |
| 167. OG&M #17: | | | | | | | | | |
| 168. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 169. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |
| 170. United MS Bank CD | A | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PROPERTY #34: | | | | | | | | | |
| 172. 22% in ▨ Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | | | | | |
| 173. OG&M #18: | | | | | | | | | |
| 174. Minerals Wilkinson, Jefferson County, MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 175. OG&M #19: | | | | | | | | | |
| 176. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 177. New Retirement Account: | | | | | | | | | |
| 178. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 179. Century Link Inc. | A | Dividend | J | T | | | | | |
| 180. Corporate Bonds: | | | | | | | | | |
| 181. - Royal Bk Scotlnd GRP LLC | A | Interest | J | T | Buy | 02/24/12 | J | | |
| 182. PROPERTY #36 | | | | | | | | | |
| 183. ▨ Natchez, Adams Co., MS 6/21/06-$175,000 | | None | M | R | | | | | |
| 184. OG&M #20:: | | | | | | | | | |
| 185. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 186. Investment Account #1 Britton & Koontz Bank | B | Interest | M | T | | | | | |
| 187. Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. OG&M #21: | | | | | | | | | |
| 189. Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 190. PROPERTY #37: | | | | | | | | | |
| 191. Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |
| 192. 2008 - $106,000 | E | Royalty | K | W | | | | | Explanation in Art. VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BRAMLETTE, DAVID C. | 09/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Property #37, Line 189, was inherited in 2008 and was inadvertently omitted from that and subsequent reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DAVID C. BRAMLETTE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544